**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7680**

---

RICHARD TODD HAWKINS,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; TOM MARTIN; CITY OF HINTON,
OKLAHOMA,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Chief District Judge. (CA-95-649-5-F)

---

Submitted: November 28, 1995          Decided: January 4, 1996

---

Before WILKINS and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Richard Todd Hawkins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hawkins v. Freeman, No. CA-95-649-5-F (E.D.N.C. Sept. 19, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED